724

## Commonwealth ex rel. Hanson, Appellant, v. Hanson.

Before McGovern, J.

Submitted June 16, 1975. *Charles F. Mayer*, for appellant; *William A. George*, and *Higgins, Gorbey, George and DiOrio*, for appellee.

Order affirmed.

## Feingold Appeal.

Before Vogel, J.

Argued December 16, 1975. *Leonard Feingold*, appellant, *in propria persona; Sheldon W. Farber*, for appellee.

Opinion Per Curiam: Order affirmed. See *Commonwealth v. Barrett*, 237 Pa. Superior Ct. 590, 352 A.2d 74 (1975).

## Green v. Laneco, Inc., Appellant.

Argued September 9, 1975. *John D. DiGiacomo*, and *Teel, Stettz, Shimer & DiGiacomo*, submitted a brief for appellant; *William A. Steckel*, for appellee.

Order affirmed.